ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 MAR 27  PM 2: 47

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

JEAN CLAUDE MILFORD,           )
                               )
          Plaintiff,           )
                               )
     v.                        )        CV 303-059
                               )
CAPTAIN RODRIGUEZ, et al.,     )
                               )
          Defendants.          )

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice for Plaintiff's failure to prosecute, and the case is **CLOSED**. Defendants' motion to dismiss is **DENIED** as **MOOT**.

SO ORDERED this 27th day of March, 2006, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE